# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

DILVAR TAYIP, )
)
      **Plaintiff,** )    Civil Action No. _____
)
v. )
)
BETMGM, LLC, )
)
      **Defendant.** )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, *et seq.*, Defendant BetMGM, LLC ("Defendant") hereby removes this action originally filed by Plaintiff Dilvar Tayip ("Plaintiff") in the Chancery Court for Davidson County, Tennessee to this United States District Court for the Middle District of Tennessee, and states as follows:

1. On October 6, 2025, Plaintiff filed a complaint against Defendant and the Tennessee Sports Wagering Council ("SWC") in the Chancery Court for Davidson County, Tennessee, Case No. 25-1399-III ("Original Chancery Court Action").

2. On November 5, 2025, SWC filed a Motion to Sever Claims and Bifurcate Case Proceeding in the Original Chancery Court Action, and, on March 6, 2026, the Chancery Court entered an Order severing the administrative appeal against SWC from the original jurisdiction claims against Defendant and directing the Clerk & Master's Office to assign the claims against Defendant to Chancery Court Part III under a new case number ("Bifurcation Order").

3. On March 9, 2026, the new case against Defendant was opened as Chancery Court Case No. 26-0291-III ("Second Chancery Court Action"). The Second Chancery Court Action does not include claims against SWC, so Plaintiff and Defendant are the only parties to such action

and complete diversity between the parties now exists. A true and accurate copy of the case initiating document and Amended Complaint in the Second Chancery Court Action as well as a copy of the Complaint and Bifurcation Order from the Original Chancery Court Action is attached hereto as Exhibit 1.

4. This Notice of Removal is filed within thirty (30) days of the Bifurcation Order and opening of the Second Chancery Court Action and is therefore timely filed under 28 U.S.C. § 1446(b).

5. The case as stated by the Amended Complaint is removable to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. According to the Amended Complaint, Plaintiff resides in Nashville, Tennessee. Defendant is a Delaware entity with its principal place of business in Jersey City, New Jersey. Defendant is owned 50% by GVC Holdings (USA) Inc. and 50% by MGM Sports & Interactive Gaming, LLC. Entain Holdings (UK) Limited owns 100% of GVC Holdings (USA) Inc., and Entain plc owns 100% of Entain Holdings (UK) Limited. MGM Resorts International owns 100% of MGM Sports & Interactive Gaming, LLC. Entain plc and MGM Resorts International are both publicly traded corporations. No such entity is a citizen of Tennessee. Therefore, there is complete diversity between Plaintiff and Defendant.

6. Plaintiff's Amended Complaint presents a civil action of which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441 because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000. Based upon the allegations in the Amended Complaint, Plaintiff is seeking damages up to $325,000 related to amounts he purportedly wagered with Defendant, an additional $275,000 in other damages, the trebling of damages, and an award of attorneys' fees and costs. (*See* Amended Complaint, Prayers

2

for Relief at ¶¶ 1-4). Thus, the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will: (1) file a copy of this Notice of Removal with the Chancery Court for Davidson County, Tennessee; (2) provide prompt notice to Plaintiff; and (3) file proof of all notices and filings with the Clerk of the United States District Court for the Middle District of Tennessee. A copy of the Notice to be filed with the Chancery Court for Davidson County, Tennessee is attached hereto as Exhibit 2.

8. By filing this Notice of Removal, Defendant does not waive any defenses or affirmative defenses that may be available, including, but not limited to, compelling arbitration of this dispute.

WHEREFORE, Defendant hereby gives notice that the above-referenced pending action in the Chancery Court for Davidson County, Tennessee has been removed to this Court.

Dated: April 6, 2026

Respectfully submitted,

*/s/ Kevin C. Baltz*
Kevin C. Baltz (TN BPR No. 022669)
Jeremy D. Ray (TN BPR No. 034407)
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Phone: 615-726-5566
kbaltz@bakerdonelson.com
jray@bakerdonelson.com

*Counsel for BetMGM, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 6th day of April, 2026, a true and exact copy of the foregoing Notice of Removal was filed through the Court's CM/ECF system and has been served upon the following counsel by electronic mail:

Rachel Zamata Odom Swanson
Law Office of Rachel Zamata, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Email:  rachel@rachelzamatalaw.com

*Counsel for Plaintiff*

/s/ Kevin C. Baltz
Kevin C. Baltz

4