**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **DILVAR TAYIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:26-CV-00409** |
| | ) | |
| **v.** | ) | **District Judge Waverly D. Crenshaw Jr.** |
| | ) | |
| **BETMGM, LLC,** | ) | **Magistrate Judge Barbara D. Holmes** |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF SARAH BRENNAN IN SUPPORT OF DEFENDANT BETMGM,
LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

I, Sarah Brennan, hereby declare as follows:

1. I am a Vice President of Compliance at BetMGM, LLC ("BetMGM"). Unless otherwise stated, I make this declaration based on my personal knowledge and my review of documents, records, and information possessed or known to BetMGM. If called as a witness, I could and would testify competently to these facts.

2. In my role as a Vice President of Compliance, I am responsible for, among other things, managing the teams that develop tools and features on BetMGM platforms, including the interface and sign-up flow that patrons use when accessing BetMGM's platforms. I am familiar with the BetMGM account sign-up process, including the way in which BetMGM's Terms of Service are presented to patrons, how patrons review and accept those Terms of Service through BetMGM's interface, and which version of the Terms of Service have been used on the BetMGM platform in each state, including Tennessee.

*BetMGM Sign-Up Flow in Tennessee*

3. To create a BetMGM account on BetMGM's Tennessee platform, every BetMGM patron must complete BetMGM's sign-up flow. Attached hereto as **Exhibit A** is a true and correct

1

copy of screenshots showing each step of BetMGM's sign-up flow on its Tennessee platform (Ex. A).[1] Although the screenshots in Exhibit A are depicted on a mobile device through the BetMGM app, the interface is the same if patrons access BetMGM's website (www.betmgm.com) on a computer or a mobile device browser.

4. To register for a BetMGM account, patrons must first select the appropriate state-specific platform on BetMGM's landing page in order to use BetMGM's services.

5. Once the patron clicks on the appropriate state, patrons will see BetMGM's home page. In the top-right corner of the home page is a button labeled "Register," a hyperlink which begins the account sign-up flow (Ex. A). During the sign-up process, patrons provide certain information to BetMGM to create their account, including their email address, password, first and last name, last four digits of their social security number, date of birth, mobile phone number, and residential address (Ex. A).

6. The last step of the sign-up flow requires the patron to review and check three boxes (Ex. A). To complete the sign-up flow and create a BetMGM account, the user must manually check all three boxes and click the green "Create My Account" button at the bottom of the screen. BetMGM's services cannot be accessed or used unless the patron checks all three boxes and completes the sign-up flow in its entirety.

7. The third box in the last step of the sign-up flow is an attestation from the patron which states in part, "I have read and agree to be legally bound by the Terms of Service . . . ." The underlined text ("Terms of Service") is a hyperlink to the version of the Terms of Service in effect

---

[1] The screenshots in Exhibit A are taken from the sign-up flow for BetMGM accounts created on BetMGM's Michigan platform. The sign-up flow for BetMGM's Tennessee platform would have been the same, so such screenshots reflect what Plaintiff would have seen when he signed-up for a BetMGM account in Tennessee.

2

for that state at the time of account registration. When the patron clicks the "Terms of Service" hyperlink, the full text of the Terms of Service appear in a new window.

8.     A link to the current version of the Terms of Service also is accessible through a hyperlink in the footer of BetMGM's Tennessee platform.

### BetMGM Interface for Acceptance of Updated Terms of Service

9.     Whenever BetMGM updates its Terms of Service, it requires patrons to affirmatively accept the updated Terms of Service.

10.     Any time a patron logs into their BetMGM account after the Terms of Service have been updated, the screen displays to the patron a notice that informs the patron that the Terms of Service have been updated. At the top of the notice window appears a blue banner with black text stating: "You must accept the Terms of Service before proceeding!" Underneath the banner, the notice explains, "to access our line-up, please accept the current Terms of Service below[.]" The phrase "Terms of Service" is hyperlinked text to the updated Terms (which open in a new window when clicked). The screen then requires the patron to click an "Accept" button at the bottom of the notice to continue using the BetMGM platform. Attached hereto as **Exhibit B** is a true and correct copy of the layout of this notice and acceptance interface.

### Mr. Tayip's BetMGM Account History

11.     I have reviewed Plaintiff Dilvar Tayip's complaint in this case and cross-referenced that information with BetMGM's records. BetMGM maintains records of its patrons' account history, including when the patron registered any account and accepted any updated terms of service, in the regular course of business.

12.     BetMGM's records indicate that Mr. Tayip completed the sign-up flow, including confirming his acceptance of the Terms of Service, on October 31, 2020, through BetMGM's

3

Tennessee platform. BetMGM's service went live in Tennessee on November 1, 2020. A true and correct copy of the BetMGM Terms of Service in place in November of 2020 along with updated versions of Terms of Service accepted by Plaintiff prior to Plaintiff's most recent acceptance of the Terms of Service, is attached hereto as **Exhibit C**.

13. The screenshots in Exhibit A accurately reflect the sign-up flow Mr. Tayip completed when he created his account.

14. Mr. Tayip proceeded to log into BetMGM's Tennessee platform numerous times from November 1, 2020 to April 23, 2025 and accepted BetMGM's updated Terms multiple times.

15. Most recently, on April 23, 2025, Mr. Tayip was notified that BetMGM's Terms of Service had been updated and was prompted to accept the updated Terms of Service through the process describe in paragraph 10 above. Mr. Tayip accepted the updated Terms of Service by clicking the "Accept" button at the bottom of BetMGM's notice interface. A true and correct copy of the Terms of Service Mr. Tayip accepted on April 23, 2025, is attached hereto as **Exhibit D**.

### *BetMGM Tennessee's Terms of Service*

16. The different versions of the Terms of Service Mr. Tayip repeatedly accepted from October 31, 2020 to April 23, 2025 all included arbitration clauses. (*See* Exs. C and D).

17.     Although the Terms of Service allowed Mr. Tayip the opportunity to opt out of the arbitration provision, BetMGM has no record of Mr. Tayip opting out of arbitration. The second paragraph of the Terms of Service alerts patrons to the existence of the arbitration provision in Section 28, along with a patron's right to opt out of arbitration, in capitalized and bolded text. (*See* Ex. D).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 13th day of April, 2026.

Signed by:

*Sarah Brennan*

E6C28CC9383E493...

Sarah Brennan

5