**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE**

| | | |
|---|---|---|
| DILVAR TAYIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-00409 |
| | ) | Judge Waverly D. Crenshaw Jr. |
| BETMGM, LLC, | ) | Magistrate Judge Barbara D. Holmes |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Comes now Petitioner Dilvar Tayip, by and through undersigned counsel, and respectfully moves the Court for entry of an Order substituting Seamus Kelly, David Goldman, and Deji Adeniyi of Music City Law, PLLC, as counsel of record for Mr. Tayip in place of Rachel Zamata Odom Swanson of the Law Offices of Rachel Zamata, LLC, and in support thereof states as follows:

1. Dilvar Tayip is presently the petitioner in this action.

2. Rachel Zamata Odom Swanson of the Law Offices of Rachel Zamata, LLC is currently counsel of record for Mr. Tayip.

3. Mr. Tayip has discharged Rachel Zamata Odom Swanson of the Law Offices of Rachel Zamata, LLC from further representation in this matter and has retained Seamus Kelly, David Goldman, and Deji Adeniyi of Music City Law, PLLC to represent him going forward.

4. Because prior counsel has not agreed to withdraw voluntarily, Petitioner Dilvar Tayip respectfully requests that the Court enter an Order recognizing the substitution of counsel so that the client's choice of counsel may be effectuated without prejudice to the progress of this case.

1

5. Undersigned counsel is prepared to enter an appearance immediately and to proceed in accordance with all existing deadlines and settings, subject to any further orders of the Court.

6. To the extent prior counsel claims any lien or right to fees, Mr. Tayip does not seek through this motion to adjudicate any such claim, and any such issue may be addressed separately at the appropriate time.

WHEREFORE, PREMISES CONSIDERED, Petitioner Dilvar Tayip respectfully requests that the Court:

A. Enter an Order substituting Seamus Kelly, David Goldman, and Deji Adeniyi and Music City Law, PLLC as counsel of record for Dilvar Tayip;

B. Relieve Rachel Zamata Odom Swanson of the Law Offices of Rachel Zamata, LLC from any further obligation to act as counsel of record for Dilvar Tayip in this matter;

C. Direct that all future notices, pleadings, correspondence, and service in this matter be made upon undersigned counsel; and

D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Seamus Kelly*
Seamus T. Kelly (TN BPR# 032202)
David J. Goldman (TN BPR #035151)
Deji Adeniyi (TN BPR # 042551)
MUSIC CITY LAW, PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 200-0682
seamus@musiccityfirm.com
david@musiccityfirm.com

2

deji@musiccityfirm.com

*Counsel for Plaintiff Dilvar Tayip*

## CERTIFICATE OF CONSULTATION

I hereby certify that on April 15, 2026, a copy of the foregoing was served via electronic mail to opposing counsel, who informed me on April 16, 2026 they do not oppose this motion.

/s/ Seamus Kelly
Seamus Kelly

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, a true and correct copy of the foregoing has been served via electronic mail to:

Kevin C. Baltz (TN BPR No. 022669)
Jeremy D. Ray (TN BPR No. 034407)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1600 West End Ave., Suite 20000
Nashville, TN 37203
Phone: 615-726-5566
kbaltz@bakerdonelson.com
jray@bakerdonelson.com

*Counsel for BetMGM, LLC*

Rachel Zamata Odom Swanson
rachel@rachelzamatalaw.com

*Current Counsel of Record for Petitioner Dilvar Tayip*

/s/ Seamus Kelly
Seamus Kelly