**DILVAR TAYIP**
     **Plaintiff**


**V**                                       **DOCKET NO. 3:26-cv-00409**
                                                 **Jury (12) Demanded**

**BET MGM LLC**
     **Defendant.**

---

### RESPONSE TO MOTION FOR SUBSTITUTION OF COUNSEL

---

Appears now the Law Office of Rachel Zamata LLC and files this Response to Mr. Seamus Kelly's Motion for Substitution of Counsel as follows:

The Law Office of Rachel Zamata LLC respectfully moves this Court to require the plaintiff Dilvar Tayip to present himself in open court or via Zoom video to state his preference regarding counsel in this matter.

The Law Office of Rachel Zamata LLC has worked diligently on this litigation since September 2025, has met all obligations on time, has a valid contract to represent the client until the litigation is complete, and there is no reason for the client to release the Law Office of Rachel Zamata LLC for cause.

The Law Office of Rachel Zamata LLC is concerned because this particular plaintiff, Dilvar Tayip, conducted nearly all important correspondences in person or via telephone. There has been no in-person or telephonic communication with the client in several weeks. Thus, the

Law Office of Rachel Zamata LLC does not even know if this client, Dilvar Tayip, is alive, deceased, healthy, unwell, etc.

Plaintiff, Dilvar Tayip, hired the Law Office of Rachel Zamata LLC to assist him with this pending cause of action on, or about, October 30, 2025.

Plaintiff, Dilvar Tayip, signed a contingent fee contract with the Law Office of Rachel Zamata LLC on or about October 30, 2025. Said contract is attached hereto as *Exhibit A*.

The Law Office of Rachel Zamata LLC has worked diligently on behalf of the plaintiff, filed the original lawsuits, and has received several settlement offers on Plaintiff's behalf.

The Rules of Professional Conduct, Rule, 1.5, requires that any fee splitting between lawyers be agreed to, in writing, by the client.

The Rules of Professional Conduct, Rule 4.2, requires that lawyers not communicate with individuals who are known to be represented by counsel. This rule exists to prevent other lawyers from picking off good cases for a lower contingent fee than the first attorney is contractually entitled to. Lawyering is one of the oldest professions in the world, and these rules governing proper professional conduct exist for good cause. Knowing which cases to accept for representation, and getting the case initiated and off the ground are the most difficult and risky portions of this professional work. Simply allowing other lawyers to flip through the dockets and select cases they would like to have is an unacceptable practice in this profession, and should not be tolerated without the imposition of severe financial penalties.

WHEREFORE, the Law Office of Rachel Zamata LLC respectfully requests an Order of this honorable Court finding that:

The plaintiff, Dilvar Tayip, be required to appear in open court and state his preference for counsel in this matter going forward.

Respectfully submitted,
LAW OFFICE OF RACHEL ZAMATA, LLC

/s/ Rachel Zamata Odom Swanson
Rachel Zamata Odom Swanson, Esq. (B.P.R. 29328)
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
rachel@rachelzamatalaw.com
Telephone       615-352-3885
Facsimile       615-601-3118

## CERTIFICATE OF SERVICE

I hereby certify that, upon the filing of this document on April 18 2026, a true and correct copy of the foregoing has been sent via the federal court's electronic filing system to:

Kevin Baltz, Esq. and / or Jeremy Ray, Esq.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000, Nashville, Tennessee 37203

kbaltz@bakerdonelson,com

*Counsel for Bet MGM LLC*

/s/ Rachel Zamata Odom Swanson
Rachel Zamata Odom Swanson, Esq.