# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

DILVAR TAYIP )
)       **Case No. 3:26-cv-00409**
v. )       **Judge Crenshaw**
)       **Magistrate Judge Holmes**
BETMGM, LLC )

## **O R D E R**

Pending before the Court is a motion for substitution of counsel filed by attorneys Seamus Kelly, David Goldman, and Deji Adeniyi of Music City Law, PLLC as counsel for Plaintiff Dilvar Tayip (Docket No. 10), to which attorney Rachel Zamata Odom Swanson of the Law Office of Rachel Zamata LLC, who is currently counsel of record for Plaintiff, responded in opposition (Docket No. 12). For the reasons set forth below, the motion (Docket No. 10) is **GRANTED**.[1] The Clerk is **DIRECTED** to also add David Goldman and Deji Adeniyi of Music City Law, PLLC as counsel of record for Plaintiff and to **TERMINATE** Ms. Zamata's status as counsel of record.

In short, Mr. Kelly, Mr. Goldman, and Mr. Adeniyi state that Plaintiff discharged Ms. Zamata, his original counsel, and now wishes to retain them as new counsel, but that Ms. Zamata has "not agreed to withdraw voluntarily." (Docket No. 10 at 1.)  In response, Ms. Zamata states that she has not had any in-person or telephonic communications with Plaintiff in several weeks and asks the Court to "require [Plaintiff] to present himself in open court or via Zoom video to state his preference regarding counsel in this matter."  (Docket No. 12 at 3.)

---

[1] The Court recognizes that the time under Local Rule 7.01(a)(4) for a reply to be filed has not yet expired. Nevertheless, the Court elects to exercise its authority under Local Rule 7.01(b) to rule on the motion prior to the time allowed for reply.

Under Local Rule 83.01(h), "[t]he substituting attorney's signature on the motion [for substitution of counsel] constitutes a certification that the substitution is made with the party's consent and agreement." Accordingly, the Court accepts the signature of attorney Seamus Kelly on the motion for substitution of counsel as sufficient indicia that Plaintiff consented and agreed to be represented by Mr. Kelly, Mr. Goldman, and Mr. Adeniyi. This signature also provides the Court with good cause to deny Ms. Zamata's request that Plaintiff appear and state his preference regarding counsel. To the extent Ms. Zamata believes she is entitled to certain fees or other relief related to her representation of Plaintiff, she may pursue any other available remedies.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

2