**EXHIBIT A**

# Rachel Zamata, LLC

3200 West End Avenue, Suite 500, Nashville, Tennessee 37203
Phone (615) 352-3885 Fax (615) 601-3118
Rachel@rachelzamatalaw.com

**MATTER NAME: DILVAR TAYIP V BET MGM**

Dear Mr. Tayip:

This letter confirms your retention of Rachel Zamata Odom Swanson ("Attorney") of the Law Offices of Rachel Zamata, LLC., to represent you in the above-referenced matter. This letter sets forth the agreement concerning my representation of you in this matter. The Agreement shall become effective upon you signing a copy of this letter. No work will be performed on your case **until and unless** a signed copy of this agreement is received by my office.

This agreement is a separate agreement from the agreement that is in place for the litigation that is pending in the Davidson County, Tennessee Chancery Court under Docket Number 25-1399-III.

Under the terms of this Agreement, Attorney will perform all necessary legal services in pursuing Client's claim arising out of this incident. Furthermore, Attorney will appeal all adverse rulings where possible if Attorney believes there is a reasonable basis for reversal of the issues underlying such ruling. All decisions regarding potential appeals will be discussed with Client, so that Client may retain other counsel for purposes of appeal if Client disagrees with the conclusions of Attorney.

**Attorney's Fees.** Client has determined it to be in Client's best interest for the fee for this representation to be contingent on the outcome of this matter. Client recognizes that by proceeding under a contingency fee arrangement, Attorney risks receiving no fees for legal services performed under the terms of this Agreement, while Client can pursue Client's claim without concern about the effect of legal fees on Client's resources. Therefore, the fee for Attorney's representation of Client in this matter will equal thirty five percent (35 %) of the gross amount of any recovery by settlement or judgment. If there is no recovery in the case, Client will not be required to pay any attorney's fees.

**Expenses of Representation.** Client understands that Attorney is authorized to employ on Client's behalf those experts, court reporters, investigators, trial consultants, and other persons that Attorney believes are necessary in the course of the legal representation under the terms of this Agreement.

Client further understands that Client will be responsible for paying any expenses incurred by Attorney on Client's behalf in the course of the legal representation of Client under this

Agreement. These expenses include, but are not limited to, items such as overnight delivery charges, delivery services, court reporter fees, expert witness fees, travel expenses, computerized legal research, copying, courier services, electronic media duplication expenses, and other incidental expenses. At the conclusion of the litigation of this matter, if there is financial recovery for the client in any amount, Attorney will be reimbursed for the cost of all expenses incurred from the proceeds of the recovered amount. These expenses will be deducted from Client's recovery after Attorney's fees have been calculated and deducted. If there is no recovery in the case, Client will not be required to pay any of the expenses of representation.

**Professional Service Tax.** In addition to the expenses listed above, in the event that the State of Tennessee imposes a tax on professional services, including legal services, Client agrees to pay any such tax that is assessed against Attorney due to the legal work undertaken on Client's behalf. As with other expenses listed above, Client understands that Client will be responsible for this if there is recovery for the client in this matter. Client further understands that there is not currently such a tax in effect in the State of Tennessee.

**Additional Client Obligations.** Client agrees to timely read and understand all documents given to Client by Attorney and to otherwise make reasonable efforts to comply with Attorney's requests. Should Client fail to follow Attorney's instructions, Attorney is authorized to withdraw from Client's case.

**Entire Agreement and Governing Law.** Client agrees that Attorney has made no representation to the Client about the likelihood of a successful outcome or the monetary value of this case. Furthermore, this Agreement contains all the terms to which Client has agreed, and no other agreements regarding the terms of Client's employment of Attorney exist. This Agreement may be modified only if done so in writing and signed by both Attorney and Client. This Agreement will be interpreted under Tennessee Law.

READ and ACCEPTED this 30th day of October, 2025.

_Dilvar Tayip_____
Client Printed Name

_____
Signature

     Attorney Rachel Zamata Odom Swanson, B.P.R. 29328, agrees to undertake this representation on the terms specified herein.

**Law Office of Rachel Zamata LLC**
**3200 West End Avenue, Suite 500**
**Nashville, Tennessee 37203**

**Matter: Dilvar Tayip**
**Nashville Tennessee Chancery Court Docket Numbers 25-1399-III and 26-0291-III**
**Federal District Court for the Middle District of Tennessee 3:26-cv-00409**

Hourly Rate: $750.00

| | | |
|---|---|---|
| October 31, 2025 | Research | 4hrs |
| November 6, 2025 | Research | 10.5hrs |
| | | |
| November 20, 2025 | Research | 7.5hrs |
| November 21, 2025 | Research | 9.5hrs |
| November 28, 2025 | Research | 9.5hrs |
| November 29, 2025 | Research | 9.5hrs |
| December 1, 2025 | Mtg w/ Client and Research | 9.0hrs |
| December 2, 2025 | Research | 9.5hrs |
| January 5, 2026 | Research | 10.5hrs |
| | | |
| January 6, 2026 | Research | 9.0hrs |
| January 16, 2026 | Research | 3.5hrs |
| January 22, 2026 | Research | 9.0hrs |
| January 23, 2026 | Research | 9.5hrs |
| January 26, 2026 | Research | 9.5hrs |
| January 27, 2026 | Research | 10hrs |
| January 28, 2026 | Research | 9.5hrs |
| January 29, 2026 | Research | 9.0hrs |
| January 30, 2026 | Research | 9.5hrs |
| February 3, 2026 | Research | 9.0hrs |
| February 6, 2026 | Research | 10hrs |
| February 9, 2026 | Research | 3.5hrs |
| February 10, 2026 | Research | 10hrs |
| February 13, 2026 | Research | 9hrs |
| February 17, 2026 | Research | 9.5hrs |
| February 18, 2026 | Research | 9.0hrs |
| February 19, 2026 | Research | 10.5hrs |
| February 20, 2026 | Research, Draft, Court | 10hrs |
| | | |
| February 24, 2026 | Research and Draft | 5.5hrs |
| February 26, 2026 | Research and Draft | 4.5hrs |
| March 3, 2026 | Call w/ Counsel (prep and post) | 1.5hrs |

| | | |
|---|---|---|
| March 7, 2026 | Research and Draft | 9.0hrs |
| March 8, 2026 | Research and Draft | 9.5hrs |
| March 9, 2026 | Research and Draft | 9.5hrs |
| March 15, 2026 | Research and Draft | 10.5hr |
| March 17, 2026 | Research and Draft | 10.5hrs |
| March 23, 2026 | Research and Draft | 7.5hrs |
| March 24, 2026 | Research and Draft | 10hrs |
| March 25, 2026 | Research and Draft | 10.75hrs |
| March 26, 2026 | Research and Draft | 10hrs |
| March 27, 2026 | Research and Draft | 10.5hrs |
| March 30, 2026 | Research and Draft | 10.75hrs |
| March 31, 2026 | Research and Draft | 10hrs |

**TOTAL HOURS**                                **368.5**

**HOURLY RATE**    **$750**         **VALUE**                **$276,375**